Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Rio S. Pierce, CBA No. 298297
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiff*
Rearden LLC and Rearden Mova LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation, WALT DISNEY MOTION PICTURES GROUP, INC., a California corporation, BUENA VISTA HOME ENTERTAINMENT, INC. a California corporation, MARVEL STUDIOS, LLC, a Delaware limited liability company, MANDEVILLE FILMS, INC., a California corporation,<br><br>Defendants. | Case No. 3:17-cv-04006-JST<br>3:17-cv-04191-JST<br>3:17-cv-04192-JST<br>3:17-cv-04187-JST<br><br>**JOINT STIPULATION ON MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE SCHEDULING** |

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, | |
| | Plaintiffs, |
| v. | |
| TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation and TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company, | |
| | Defendants. |

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, | |
| | Plaintiffs, |
| v. | |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and PARAMOUNT HOME ENTERTAINMENT DISTRIBUTION INC. a Delaware corporation, | |
| | Defendants. |

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies, | |
| | Plaintiffs, |
| v. | |
| CRYSTAL DYNAMICS, INC., a Delaware corporation, SQUARE ENIX INC., a Washington Corporation. | |
| | Defendants. |

## STIPULATED MOTION AND [PROPOSED] ORDER

### STIPULATION

Plaintiffs Rearden LLC and Rearden MOVA LLC ("Plaintiffs") and Defendants The Walt Disney Company, Walt Disney Motion Pictures Group, Inc., Buena Vista Home Entertainment, Inc., Marvel Studios, LLC, Mandeville Films, Inc., Twentieth Century Fox Film Corporation, Twentieth Century Fox Home Entertainment LLC, Paramount Pictures Corporation, and Paramount Home Entertainment Distribution Inc., Square Enix, and Crystal Dynamics (collectively, "Defendants") by and through their counsel of record, stipulate as follows:

*Whereas* Defendants have moved to dismiss the complaints in the above-captioned cases pursuant to Fed. R. Civ. P. 12(b)(6);

*Whereas* Plaintiffs have granted Defendants' a second extension of the deadline to file their reply briefs, from November 2 to November 9, 2017;

*Whereas* the Court has scheduled oral argument on Defendants' motions on December 7, 2017; and

*Whereas* Plaintiffs' counsel have conflicts in December including December 7, 2017 that cannot be resolved, but Plaintiffs' and Defendants' counsel are all available on January 25, 2018;

*NOW THEREFORE*, for good cause, the parties respectfully move the Court to extend the Defendants' deadline to file their reply briefs from November 2 to November 9, 2017, re-schedule oral argument on Defendants' motions from December 7, 2017 to January 25, 2018, and continue the case management conference from January 17, 2018 to February 14, 2018, or to such other date in February as is convenient to the Court.

**IT IS SO STIPULATED.**

DATED:  October 26, 2017          HAGENS BERMAN SOBOL SHAPIRO LLP


By:  /s/  *Steve Berman*
          Steve Berman

*Attorneys for Plaintiffs*

1    DATED:  October 26, 2017          MUNGER, TOLLES & OLSON LLP

2

3                                      By:   /s/  Kelly Klaus
                                           Kelly Klaus
4
                                       *Attorneys for Studio Defendants*
5
6    DATED:  October 26, 2017          DUANE MORRIS LLP

7
                                       By:  /s/  Karineh Khachatourian
8                                          Karineh Khachatourian

9                                      *Attorneys for Square Enix and Crystal Dynamics*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CIVIL LOCAL RULE 5-1 ATTESTATION

I, Steve Berman, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), hereby attest that Kelly Klaus and Karineh Khachatourian concurred in the filing of this document.

*/s/ Steve Berman*
Steve Berman

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that the Defendants' deadline to file their reply briefs is extended to November 9, 2017, oral argument on Defendants' pending motions to dismiss the complaints is re-scheduled to January 25, 2018, and the case management conference is re-scheduled to ~~February 14, 2018~~ February 21, 2018.

Dated October 27, 2017

_____
The Honorable Jon S. Tigar