1    Steve W. Berman (*pro hac vice*)
     Mark S. Carlson (*pro hac vice*)
2    HAGENS BERMAN SOBOL SHAPIRO LLP
     1301 Second Ave., Suite #2000
3    Seattle, WA  98101
     Telephone:  (206) 623-7292
4    Facsimile:   (206) 623-0594
     steve@hbsslaw.com
5    markc@hbsslaw.com

6    Rio S. Pierce, CBA No. 298297
     HAGENS BERMAN SOBOL SHAPIRO LLP
7    715 Hearst Avenue, Suite 202
     Berkeley, CA 94710
8    Telephone:  (510) 725-3000
     Facsimile:   (510) 725-3001
9    riop@hbsslaw.com

10   *Attorneys for Plaintiffs*
     Rearden LLC and Rearden Mova LLC

11

12

13                        UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16   REARDEN LLC, REARDEN MOVA LLC,            Case No. 3:17-cv-04006-JST
     California limited liability companies,                3:17-cv-04191-JST
17                                                          3:17-cv-04192-JST
                               Plaintiffs,                  3:17-cv-04187-JST
18
            v.
19
     THE WALT DISNEY COMPANY, a Delaware      **NOTICE OF CHANGE OF ADDRESS**
20   corporation, WALT DISNEY MOTION
     PICTURES GROUP, INC., a California
21   corporation, BUENA VISTA HOME
     ENTERTAINMENT, INC. a California
22   corporation, MARVEL STUDIOS, LLC, a
     Delaware limited liability company,
23   MANDEVILLE FILMS, INC., a California
     corporation,
24
                               Defendants.
25

26

27

28

NOTICE OF CHANGE OF ADDRESS
005023-11  1065168 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REARDEN LLC and REARDEN MOVA LLC,

                    Plaintiffs,

    v.

TWENTIETH CENTURY FOX FILM
CORPORATION, a Delaware corporation and
TWENTIETH CENTURY FOX HOME
ENTERTAINMENT LLC, a Delaware limited
liability company,

                    Defendants.

REARDEN LLC and REARDEN MOVA LLC,

                    Plaintiffs,

    v.

PARAMOUNT PICTURES CORPORATION, a
Delaware corporation, and PARAMOUNT HOME
ENTERTAINMENT DISTRIBUTION INC. a
Delaware corporation,

                    Defendants.

REARDEN LLC, REARDEN MOVA LLC,
California limited liability companies,

                    Plaintiffs,

    v.

CRYSTAL DYNAMICS, INC., a California
corporation, SQUARE ENIX INC., a
Washington Corporation,

                    Defendants.

NOTICE OF CHANGE OF ADDRESS
005023-11  1065168 V1

1        PLEASE TAKE NOTICE that, effective September 17, 2018, the Seattle office of the firm

2   Hagens Berman Sobol Shapiro LLP has changed its address to the following:

3   Hagens Berman Sobol Shapiro LLP<br>1301 Second Ave., Suite 2000

4   Seattle, WA 98101

5   The telephone and facsimile numbers will remain the same.  Telephone: (206) 623-7292; Facsimile:

6   (206) 623-0594.

7

8   Dated: September 18, 2018                    Respectfully submitted,

9

10                                         HAGENS BERMAN SOBOL SHAPIRO LLP

11                                         By  */s/ Steve W. Berman*
                                              Steve W. Berman
                                              1301 Second Ave., Suite #2000
12                                            Seattle, WA  98101
                                              Telephone: (206) 623-7292
13                                            Facsimile:  (206) 623-0594
                                              steve@hbsslaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF CHANGE OF ADDRESS
005023-11  1065176 V1

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on September 18, 2018, I electronically filed the foregoing document

3

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4

the following CM/ECF participants:

5

6

| | |
|---|---|
| KELLY M. KLAUS (State Bar No. 161091) | GLENN D. POMERANTZ (State Bar No. 112503) |
| kelly.klaus@mto.com | glenn.pomerantz@mto.com |
| ROHIT K. SINGLA (State Bar No. 213057) | ERIN J. COX (State Bar No. 267954) |
| rohit.singla@mto.com | erin.cox@mto.com |
| ELIA HERRERA (State Bar No. 293278) | JOHN L. SCHWAB (State Bar No. 301386) |
| elia.herrera@mto.com | john.schwab@mto.com |
| MUNGER, TOLLES & OLSON LLP | MUNGER, TOLLES & OLSON LLP |
| 560 Mission Street | 350 South Grand Avenue |
| Twenty-Seventh Floor | Fiftieth Floor |
| San Francisco, California 94105-2907 | Los Angeles, California 90071-3426 |
| Telephone: (415) 512-4000 | Telephone: (213) 683-9100 |
| Facsimile: (415) 512-4077 | Facsimile: (213) 687-3702 |

7

8

9

10

11

12

13

DUANE MORRIS LLP

14

Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com

15

Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com

16

Nikolaus A. Woloszczuk (CA SBN 286633)
nawoloszczuk@duanemorris.com

17

2475 Hanover Street

18

Palo Alto, CA 94304-1194

Telephone:     650.847.4150

19

Facsimile:     650.847.4151

20

21

22

DATED: September 18, 2018                              */s/ Steve Berman*

23

                                                       Steve Berman

24

25

26

27

28

2

NOTICE OF CHANGE OF ADDRESS
005023-11  1065176 V1