1  Steve W. Berman (*pro hac vice*)
   Mark S. Carlson (*pro hac vice*)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Ave., Suite 2000
3  Seattle, WA  98101
   Telephone:  (206) 623-7292
4  Facsimile:   (206) 623-0594
   steve@hbsslaw.com
5  markc@hbsslaw.com

6  Philip Graves, CBA No. 153441
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  301 North Lake Avenue, Suite 920
   Pasadena, CA 91101
8  Telephone: (213) 330-7150
   Facsimile: (213) 330-7152
9  philipg@hbsslaw.com

10 Rio S. Pierce, (SBN 298297)
   HAGENS BERMAN SOBOL SHAPIRO LLP
11 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
12 Telephone:  (510) 725-3000
   Facsimile:   (510) 725-3001
13 riop@hbsslaw.com

14
   *Attorneys for Plaintiff*
15 Rearden LLC and Rearden Mova LLC

16
                  UNITED STATES DISTRICT COURT
17
                 NORTHERN DISTRICT OF CALIFORNIA
18
                     SAN FRANCISCO DIVISION

19 | REARDEN LLC, et al.,
20 |              Plaintiffs,              Case Nos.:   4:17-cv-04006-JST
21 |      v.                                            4:17-cv-04191-JST
   | THE WALT DISNEY COMPANY, et al.,
22 |              Defendants,
23 | REARDEN LLC, et al.,                  **DECLARATION OF MARK CARLSON IN SUPPORT OF PLAINTIFFS' DISCOVERY LETTER BRIEF**
24 |              Plaintiffs,
25 |      v.
   | TWENTIETH CENTURY FOX FILM
26 | CORPORATION, et al.,
   |              Defendants.
27
28

1  I, MARK CARLSON, declare as follows:

2  1. I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and could testify with respect to those facts under oath if called upon to do so.

5  2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant The Walt Disney Company's Objections and Responses to Plaintiffs' Second Interrogatories.

7  3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Marvel Studio, LLC's Objections and Responses to Plaintiffs' Second Interrogatories.

9  4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant Twentieth Century Fox Film Corporation's Objections and Responses to Plaintiff's Supplemental Interrogatories.

I declare that the foregoing is true and correct under penalty of perjury.

DATED: October 3, 2019                Signed in Seattle, Washington, by:

*/s/ Mark Carlson*
Mark Carlson

DECLARATION OF MARK CARLSON ISO PLAINTIFFS'
DISCOVERY LETTER BRIEF - 1
Case No. 3:17-cv-04006; -4191-JST