Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Philip Graves (CBA No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
philipg@hbsslaw.com

Rio S. Pierce, (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*
Rearden LLC and Rearden Mova LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>　　　　Defendants.<br><br>REARDEN LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, *et al.*,<br><br>　　　　Defendants. | No. 4:17–CV 04006-JST-SK<br>No. 4:17–CV-04191-JST-SK<br><br>**DECLARATION OF MARK S. CARLSON IN SUPPORT OF PLAINTIFFS REARDEN LLC AND REARDEN MOVA LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:　Hon. Jon S. Tigar<br>Date:　To be set<br>Time:　To be set<br><br>Ctrm.:　6, 2nd Floor |

I, MARK CARLSON, declare as follows:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP, and I am one of the firm's lawyers representing the plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and could testify with respect to those facts under oath if called upon to do so.

2. The documents or portions thereof that are subject to the present Administrative Motion were designated confidential by the opposing party or a non-party subject to the Protective Order in the above-captioned case. At least some of the materials subject to this motion do not appear to meet the standard for sealing set by this Court, for example, a published article, a press release, a promotional press kit, and testimony regarding these documents, press conferences and press interviews, among other materials. Rearden takes no position on the propriety of defendants' confidentiality designations for purposes of this motion, but rather leaves it to defendants to defend their designations in their response brief. The materials subject to this motion are identified as follows:

| Exhibit | Document | Basis for Sealing |
|---|---|---|
| 1 | [REDACTED] Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment on Causal Nexus Issue | For the Court's reference. |
| 2 | [UNREDACTED] Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment on Causal Nexus Issue | Describes, discusses, quotes, or refers to the documents and testimony identified below. |
| 3 | Document bates stamped MAND-REARDEN-0000003 (Exhibit 1 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 4 | Excerpts from deposition of David Hoberman (Exhibit 2 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 5 | Document bates stamped DIS-REARDEN-0007938-98 (Exhibit 3 to the Declaration of Mark Carlson IOT | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |

| Exhibit | Document | Basis for Sealing |
|---|---|---|
|  | Opposition to Motion for Summary Judgment) |  |
| 6 | Document bates stamped MAND-REARDEN-0001016-32 (Exhibit 4 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 7 | Excerpts from deposition of William Condon (Exhibit 5 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 8 | Video from deposition of William Condon (Exhibit 7 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment; Exhibit 8 to the Declaration of Richard Dadufalza IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 9 | Document bates stamped DIS-REARDEN-0015072 (Exhibit 8 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" pursuant to protective order. |
| 10 | DIS-REARDEN-0015073 (Exhibit 9 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" pursuant to protective order. |
| 11 | DIS-REARDEN-0015071 (Exhibit 10 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" pursuant to protective order. |
| 12 | Video from deposition of William Condon (Exhibit 12 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment; Exhibit 9 to the Declaration of Richard Dadufalza IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 13 | Document bates stamped REARDEN-CONDON-0001004-16 (Exhibit 16 to the Declaration of Mark Carlson IOT | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |

| Exhibit | Document | Basis for Sealing |
|---|---|---|
|  | Opposition to Motion for Summary Judgment) |  |
| 14 | Document bates stamped MAND-REARDEN-0001406 (Exhibit 17 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 15 | Document bates stamped DIS-REARDEN-011287-90 (Exhibit 18 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 16 | Document bates stamped DIS-REARDEN-0010942-44 (Exhibit 20 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 17 | Video from deposition of William Condon (Exhibit 24 to the Declaration of Mark Carlson; Exhibit 10 to the Declaration of Richard Dadufalza IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 18 | Document bates stamped FOX-REARDEN-0001326-435 (Exhibit 27 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment; Exhibit 4 to the Declaration of Philip Fier IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "HIGHLY CONFIDENTIAL" pursuant to protective order. |
| 19 | Document bates stamped MAND-REARDEN-0000775 (Exhibit 29 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |
| 20 | Document bates stamped MAND-REARDEN-0000828 (Exhibit 31 to the Declaration of Mark Carlson IOT Opposition to Motion for Summary Judgment) | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |

| Exhibit | Document | Basis for Sealing |
|---|---|---|
| 21 | Excerpts from the deposition of Hao Li (Exhibit 32 to the Declaration of Mark Carlson) IOT Opposition to Motion for Summary Judgment | Designated by defendants as "CONFIDENTIAL" pursuant to protective order. |

I declare that the foregoing is true and correct under penalty of perjury.

DATED:  November 18, 2020                         Signed in Seattle, Washington, by:

                                                  */s/ Mark Carlson*
                                                  Mark Carlson