| | |
|---|---|
| STEVE W. BERMAN (pro hac vice) <br> steve@hbsslaw.com <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br><br> *Attorneys for Plaintiffs* | KELLY M. KLAUS (SBN 161091) <br> kelly.klaus@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105-2907 <br> Telephone:   (415) 512-4000 <br> Facsimile:    (415) 512-4077 <br><br> *Attorneys for Defendants* |

*[Additional counsel on following page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WALT DISNEY PICTURES, a California corporation, MARVEL STUDIOS, LLC, a Delaware limited liability company, MVL PRODUCTIONS LLC, a Delaware limited liability company, INFINITY PRODUCTIONS LLC, a Delaware limited liability company, ASSEMBLED PRODUCTIONS II LLC, a Delaware limited liability company, <br><br> Defendants. | Case Nos.   4:17-cv-04006-JST <br> 4:17-cv-04191-JST <br><br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF NON-*BATB* CLAIMS** |
| REARDEN LLC and REARDEN MOVA LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> TWENTIETH CENTURY FOX FILM CORPORATION and TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, <br><br> Defendants. | |

| | |
|---|---|
| MARK S. CARLSON (pro hac vice)<br>markc@hbsslaw.com<br>JERROD C. PATTERSON (pro hac vice)<br>jerrodp@hbsslaw.com<br>GARTH WOJTANOWICZ, CBA No. 246510<br>garthw@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | BLANCA F. YOUNG (SBN 217533)<br>blanca.young@mto.com<br>STEPHANIE G. HERRERA (SBN 313887)<br>stephanie.herrera@mto.com<br>SHANNON AMINIRAD (SBN 324780)<br>shannon.aminirad@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105-2907<br>Telephone:   (415) 512-4000<br>Facsimile:   (415) 512-4077 |
| RIO S. PIERCE, CBA No. 298297<br>riop@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone:  (510) 725-3000<br>Facsimile:   (510) 725-3001<br><br>*Attorneys for Plaintiffs* | JOHN W. SPIEGEL (SBN 78935)<br>john.spiegel@mto.com<br>JOHN L. SCHWAB (SBN 301386)<br>john.schwab@mto.com<br>ANNE K. CONLEY (SBN 307952)<br>anne.conley@mto.com<br>ROWLEY J. RICE (SBN 313737)<br>rowley.rice@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>*Attorneys for Defendants* |

Plaintiffs and Defendants in the above-captioned cases (collectively, "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed suit against Walt Disney Pictures, Marvel Studios, LLC, Infinity Productions LLC, Assembled Productions II LLC (the "WDP Defendants") in the United States District Court for the Northern District of California in the case captioned *Rearden LLC et al. v. Walt Disney Pictures et al.*, N.D. Cal. Case. No. 4:17-cv-04006-JST (the "WDP Lawsuit");

WHEREAS, the WDP Lawsuit includes claims related to the motion pictures *Beauty and the Beast* (2017), *Guardians of the Galaxy*, and *Avengers: Age of Ultron*;

WHEREAS, the parties tried the claims related to *Beauty and the Beast* (2017) to a jury in December 2023 and are currently engaged in post-trial motion practice;

WHEREAS, Plaintiffs filed suit against Twentieth Century Fox Film Corporation and Twentieth Century Fox Home Entertainment LLC (the "Fox Defendants") in the United States District Court for the Northern District of California in the case captioned *Rearden LLC et al. v. Walt Disney Pictures et al.*, N.D. Cal. Case. No. 4:17-cv-04191-JST (the "Fox Lawsuit");

WHEREAS, the Fox Lawsuit includes claims related to the motion pictures *Deadpool, Fantastic Four*, and *Night at the Museum: Secret of the Tomb*;

WHEREAS, the Parties have reached a settlement of all claims and controversies concerning all motion pictures other than *Beauty and the Beast* (2017) that are the subject of the WDP Lawsuit and the Fox Lawsuit (the "Non-*BATB* Claims");

WHEREAS, the Parties agree the Non-*BATB* Claims should be dismissed with prejudice;

WHEREAS, the Parties agree the Court shall retain jurisdiction over Plaintiffs' copyright claim (and Defendants' defenses to the same) regarding *Beauty and the Beast* (2017);

THEREFORE, the Parties stipulate and agree as follows:

[1] Plaintiffs' Non-*BATB* Claims are dismissed with prejudice;

[2] this Court shall not dismiss and shall retain jurisdiction over Plaintiffs' copyright

claim  (and Defendants' defenses to the same) regarding *Beauty and the Beast* (2017);

[3] each Party shall bear its own costs and attorney's fees incurred in connection with these actions; and

[4] following entry of the Order on this Stipulation, the Clerk of the Court is respectfully requested to close Case No. 4:17-cv-04191-JST.

IT IS SO STIPULATED.

DATED:  May 30, 2024                    MUNGER, TOLLES & OLSON LLP

By:  */s/ Kelly M. Klaus*
KELLY M. KLAUS
*Attorneys for Defendants*

DATED:  May 30, 2024                    HAGENS BERMAN SOBOL SHAPIRO LLP

By:  */s/ Jerrod C. Patterson*
JERROD C. PATTERSON[1]
*Attorneys for Plaintiffs*

### ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

June 3, 2024

The Honorable Jon S. Tigar
United States District Judge

---

[1] Signed electronically by Kelly M. Klaus with the concurrence of Jerrod C. Patterson, pursuant to L.R. 5-1(i)(3).